**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>John F. Hobdy, Jr.,<br><br>　Debtor,<br><br>&<br><br>Flagstar Bank, FSB,<br><br>　Secured Creditor. | Docket No. 21-21690-CMB<br><br>Chapter 13<br><br>Related Document: Claim # 9 |

## STIPULATION AND ORDER

AND NOW, come the undersigned parties, by and through their respective counsel, and enter into the following Stipulation:

WHEREAS, on February 9, 2018, Debtor John F. Hobdy, Jr., (hereinafter "Debtor") executed a note for $206,600.00 in favor of Milend, Inc.; said Note is secured by a mortgage on real property known as 1018 Mellon Street, Pittsburgh, PA 15206;

WHEREAS, the subject mortgage was recorded on April 10, 2018 in the Alleghany County land records at BK-M, VL-49125, PG-416 as instrument number 2018-22606;

WHEREAS, the mortgage was assigned to Flagstar Bank, FSB (hereinafter "Secured Creditor") as evidenced by the assignment of mortgage recorded in the Alleghany County land records on November 17, 2020 at BK-M, VL-53130, PG-522;

WHEREAS, the "Certificate of Residence of Mortgagee" recorded along with the mortgage was not executed and is an error and/or omission that requires correction;

WHEREAS, the "Certificate of Residence of Mortgagee" has since been executed and is attached hereto as Exhibit "A;"

WHEREAS, Debtor is aware of the error of the unexecuted "Certificate of Residence of Mortgagee" and has agreed to allow the re-recording of the mortgage in accordance with his duties under the terms of the closing documents executed at the time of loan origination;

WHEREAS, the parties enter into this Stipulation to allow for the re-recording of a copy of the original mortgage along with the corrected, executed "Certificate of Residence of Mortgagee,"

It is therefore Stipulated and agreed as follows:

1. Secured Creditor is hereby authorized to correct the unexecuted "Certificate of Residence of Mortgagee" by re-recording the mortgage initially recorded in the Alleghany County land records on April 10, 2018 in BK-M, VL-49125, PG-416 as instrument number 2018-22606 along with an executed "Certificate of Residence of Mortgagee;" and

2. The re-recording and related actions shall not be deemed a violation of the automatic stay; and

3. The re-recording of the mortgage to correct the "certificate of Residence of Mortgagee" shall relate back to the original recording date of April 10, 2018; and

4. The Prothonotary is hereby directed to record a copy of the original mortgage

for re-recording along with the original signed "Certificate of Residence of Mortgagee" and

a copy of this Stipulation and Order in lieu of an original or re-executed mortgage.

Consented to by:
/s/ Matthew M. Brennan                             /s/ Brian C. Nicholas

Matthew M. Brennan, Esquire                        Brian C. Nicholas, Esquire
                                                   PA ID No. 317240
Law Offices of Matthew M. Brennan, Esquire         KML Law Group, P.C.
Attorney for Debtor                                Attorney for Movant
201 S. Highland Avenue, Suite 201                  701 Market Street, Suite 5000
Pittsburgh, PA 15206                               Philadelphia, PA 19106
Phone:  412-414-9366                               Phone:  215-627-1322
attorneymatthewbrennan@gmail.com                   bnicholas@kmllawgroup.com
Dated: 2/2/2022

**REVIEWED AND APPROVED BY:**

_____

Honorable Carlota Böhm
Chief Judge, United Stated Bankruptcy Court