## Certificate of Residence of Mortgagee

The undersigned hereby certifies that: (i) he/she is the Mortgagee or the duly authorized attorney or agent of the Mortgagee named in the within instrument; and (ii) Mortgagee's precise residence is: 1901 E Voorhees Street, Suite C, Danville, IL 61834

Witness my hand this _14th_ day of _JANUARY 2022_.

_____
Signature of Mortgagee or
Mortgagee's Duly Authorized Attorney or Agent

_MISTY McMAHAN, VP_
_____
Type or Print Name of Mortgagee or
Mortgagee's Duly Authorized Attorney or Agent

PENNSYLVANIA-Single Family-UNIFORM INSTRUMENT
MODIFIED FOR DEPARTMENT OF VETERANS AFFAIRS - MERS
1/01 (Rev. 2/16)                                    Page 20 of 20

DocMagic eForms
www.docmagic.com

Pamtgz.va.xml