IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | BANKRUPTCY CASE NO. 21-21690-CMB |
| | ) | |
| John F. Hobdy, Jr., | ) | |
| | ) | CHAPTER 13 |
| Debtor. | ) | |
| | ) | |
| First National Bank of Pennsylvania, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| John F. Hobdy, Jr., Debtor; and Ronda J. Winnecour, Chapter 13 Trustee; | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

**NOTICE OF ZOOM HEARING AND RESPONSE DEADLINE REGARDING MOTION OF FIRST NATIONAL BANK OF PENNSYLVANIA FOR RELIEF FROM THE AUTOMATIC STAY AS TO YEAR 2011 HYUNDAI SONATA MOTOR VEHICLE**

TO THE RESPONDENTS:

*You are hereby notified that the Movant seeks an order affecting your rights or property.*

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the Motion by no later than **August 25, 2022** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of Judge Bohm as found on her Procedures webpage at http://www.pawb.uscourts.gov/procedures-1. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

*You should take this Notice and the Motion to a lawyer at once.*

A *Zoom Video Conference Hearing* will be held on **September 20, 2022 at 10:00 a.m**. before Chief Judge Carlota M. Bohm via the *Zoom Video Conference Application* ("Zoom"). To participate in and join a Zoom Hearing please initiate and use the following link at least 15 minutes prior to the scheduled Zoom Hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, you may use the following Meeting ID: 161 4380 0191. For questions regarding the connection, contact Judge Bohm's Chambers at 412-644-4328. ***All attorneys and Parties may only appear by Zoom and must comply with Chief Judge Bohm's Zoom Procedures, which can be found on the Court's website at*** https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb-proc-videohrg.pdf. Under the current COVID-19 circumstances, the general public may appear telephonically if unable to do so via the Internet. When the need to appear telephonically arises, members of the general public should immediately contact Judge Bohm's Chambers to make telephonic arrangements. Only ten minutes is being provided on the calendar. No witnesses will be heard. If an evidentiary hearing is required, it will be scheduled by the Court for a later date.

Date of Service:  August 4, 2022          By:     */s/ David W. Raphael*
                                                  David W. Raphael, Esquire
                                                  Pa ID No. 200598
                                                  Attorney for Movant
                                                  100 Federal Street – 4th Floor
                                                  Pittsburgh, PA 15212
                                                  412-465-9718
                                                  raphaeld@fnb-corp.com