# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: John F. Hobdy, Jr | Debtor(s) | CHAPTER 13 |
| Flagstar Bank, FSB | Movant | |
| vs. | | |
| John F. Hobdy, Jr. | Debtor(s) | NO. 21-21690 CMB |
| Angela Hobdy, | Co-Mortgagor | re doc. 45 |
| Ronda J. Winnecour | Trustee | 11 U.S.C. Section 362 and 1301 |

## ORDER OF COURT

**TO THE CLERK OF THE BANKRUPTCY COURT:**

AND NOW, this __20th__ day of __October__, 2022, it is hereby ORDERED that the Motion for Relief from Stay filed by Flagstar Bank, FSB on October 3, 2022 (Doc. No. 45), is hereby WITHDRAWN.

The hearing set for 11/8/2022 is cancelled.

*Carlota M. Böhm*
Carlota M. Böhm
United States Bankruptcy Court Judge

FILED
10/20/22 9:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

/s/ Brian C. Nicholas, Esquire
Brian C. Nicholas, Esquire
Attorney I.D. No. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
bnicholas@kmllawgroup.com

Dated: October 19, 2022

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21690-CMB |
| John F. Hobdy, Jr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 22, 2022:**

**Recip ID           Recipient Name and Address**
db              \+  John F. Hobdy, Jr., 1018 Mellon St., Pittsburgh, PA 15206-1539

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2022          Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 20, 2022 at the address(es) listed below:**

**Name**                        **Email Address**

Brian Nicholas
                               on behalf of Creditor FLAGSTAR BANK bnicholas@kmllawgroup.com

David W. Raphael
                               on behalf of Creditor First National Bank of Pennsylvania raphaeld@fnb-corp.com

Jeffrey R. Hunt
                               on behalf of Creditor PWSA jhunt@grblaw.com

Keri P. Ebeck
                               on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Matthew M. Brennan
                               on behalf of Debtor John F. Hobdy  Jr. attorneymatthewbrennan@gmail.com

Office of the United States Trustee
                               ustpregion03.pi.ecf@usdoj.gov

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 20, 2022 | Form ID: pdf900 | Total Noticed: 1 |

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 8