IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 21-21690-CMB |
| | : | Chapter 13 |
| John F. Hobdy, Jr. | : | Doc No. ___ |
|     Debtor | : | Related to Claim No. 9 |
| | : | |
| Flagstar Bank FSB | : | |
|     Movant | : | |
| | : | |
|         v. | : | |
| John F. Hobdy, Jr. | : | |
|     Respondents | : | |

### DECLARATION OF DEBTOR'S COUNSEL THAT THE CHAPTER 13 PLAN (AUGUST 31, 2022) REMAINS ADEQUATELY FUNDED

Re: John F. Hobdy, Jr.                                    Account #XXXX7134

I, Matthew M. Brennan, Esq., counsel for the debtor, John F. Hobdy, Jr., have reviewed the Notice filed with the Court on August 22, 2023, which indicates the current monthly mortgage payment will change to $1,499.02, effective October 1, 2023. A true and correct copy of the Notice of Mortgage Payment Change is annexed hereto as Exhibit "A".

I have reviewed the existing Plan, recalculated the Plan payment, and have found the existing payment is sufficient to fund the Plan at the new monthly mortgage payment. No amendment to the Plan is needed.

All future notices of post-petition monthly payment changes must be served on the debtor, debtor's counsel, and the Trustee. Service of such notice will not be construed as a violation of the Automatic Stay.

EXECUTED ON: August 22, 2023

                                                          By:    /s/Matthew M. Brennan, Esq.
                                                                  Matthew M. Brennan
                                                                  201 S. Highland Avenue, Suite 201
                                                                  Pittsburgh, PA 15206
                                                                  PA ID No. 90195
                                                                  412-414-9366
                                                                  attorneymatthewbrennan@gmail.com