**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JOHN F. HOBDY, JR. | Case No.:21-21690 |
| Debtor(s) | |
| Ronda J. Winnecour | Document No.: |
| Movant | |
| vs. | |
| No Respondents. | |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/26/2021 and confirmed on 08/31/2021 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 49,485.00 |
| Less Refunds to Debtor | | 15.66 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 49,469.34 |
| | | | | |
| Administrative Fees | | | | |
|    Filing Fee | | 0.00 | | |
|    Notice Fee | | 0.00 | | |
|    Attorney Fee | | 4,000.00 | | |
|    Trustee Fee | | 1,777.94 | | |
|    Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 5,777.94 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
|   FLAGSTAR BANK FSB | 0.00 | 33,368.59 | 0.00 | 33,368.59 |
|     Acct: 7134 | | | | |
|   FLAGSTAR BANK FSB | 1,436.69 | 1,436.69 | 0.00 | 1,436.69 |
|     Acct: 7134 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 145.45 | 145.45 | 26.62 | 172.07 |
|     Acct: R264 | | | | |
|   PITTSBURGH WATER & SEWER AUTHORI | 2.46 | 2.46 | 0.00 | 2.46 |
|     Acct: R264 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 4,595.45 | 4,595.45 | 261.86 | 4,857.31 |
|     Acct: 9374 | | | | |
| | | | | 39,837.12 |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN F. HOBDY, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JOHN F. HOBDY, JR. | 15.66 | 15.66 | 0.00 | 0.00 |
|     Acct: | | | | |

| 21-21690 | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
|   MATTHEW M BRENNAN ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   EDFINANCIAL O/B/O US DEPARTMENT OF | 0.00 | 1,035.00 | 0.00 | 1,035.00 |
|     Acct: 7185 | | | | |
|   EDFINANCIAL O/B/O US DEPARTMENT OF | 0.00 | 1,035.00 | 0.00 | 1,035.00 |
|     Acct: 7185 | | | | |
|   ACCELERATED INVENTORY MGT LLC | 27,883.16 | 767.69 | 0.00 | 767.69 |
|     Acct: 3146 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 4,980.46 | 137.12 | 0.00 | 137.12 |
|     Acct: 4314 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 5,139.39 | 141.50 | 0.00 | 141.50 |
|     Acct: 8588 | | | | |
|   CAPITAL ONE BANK (USA) NA BY AMERIC | 4,337.73 | 119.43 | 0.00 | 119.43 |
|     Acct: 0976 | | | | |
|   CAPITAL ONE BANK USA NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1820 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CHA | 6,171.11 | 169.91 | 0.00 | 169.91 |
|     Acct: 4392 | | | | |
|   JPMORGAN CHASE BANK NA S/B/M/T CHA | 4,578.11 | 126.05 | 0.00 | 126.05 |
|     Acct: 5346 | | | | |
|   LVNV FUNDING LLC | 1,591.09 | 43.81 | 0.00 | 43.81 |
|     Acct: 8210 | | | | |
|   QUANTUM3 GROUP LLC - AGENT FOR CO | 1,543.82 | 42.50 | 0.00 | 42.50 |
|     Acct: 5597 | | | | |
|   KEYBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2313 | | | | |
|   KEYBANK NA** | 3,387.34 | 93.26 | 0.00 | 93.26 |
|     Acct: 0272 | | | | |
|   PNC BANK NA | 4,204.20 | 115.75 | 0.00 | 115.75 |
|     Acct: 9577 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 990.11 | 27.26 | 0.00 | 27.26 |
|     Acct: 3190 | | | | |
|   USAA FEDERAL SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3478 | | | | |
|   UPMC HEALTH SERVICES | 228.32 | 0.00 | 0.00 | 0.00 |
|     Acct: 7185 | | | | |
|   VERIZON BY AMERICAN INFOSOURCE AS | 159.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 0001 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3190 | | | | |
|   BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TSAROUSHIS LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 3,854.28 |

TOTAL PAID TO CREDITORS                                                                                                    43,691.40

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 6,180.05 |
| UNSECURED | 65.194.08 |

Date: 11/02/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com